AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leighton, Ronald B. | U.S. District Court | 4/13/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>1717 Pacific Avenue<br>Tacoma, WA 98402-3241 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 20 A 10: 5b FINANCIAL DISCLOSURE OFFICE

Leighton_Ronald_B 1

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Burgess & Fitzer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCT #2 | | | | | | | | | |
| 2. -Alberto Culver Co (common) | A | Dividend | J | T | | | | | |
| 3. -Boeing Co. (common) | A | Dividend | J | T | | | | | |
| 4. -Bristol-Myers Squibb Co. (common) | A | Dividend | J | T | | | | | |
| 5. -Cisco Systems (common) | | None | K | T | | | | | |
| 6. -Conocophillips (common) | A | Dividend | J | T | | | | | |
| 7. -Corning Inc. (common) | A | Dividend | J | T | | | | | |
| 8. -CSX Corp. (common) | A | Dividend | K | T | | | | | |
| 9. -Intel Corp. (common) | A | Dividend | | | Sold | 7/1 | K | | |
| 10. -Whirlpool | A | Dividend | | | Sold | 7/1 | J | | |
| 11. -Sprint Nextel Comm | | None | J | T | | | | | |
| 12. -Qwest Comm. (common) | A | Dividend | J | T | | | | | |
| 13. - AT&T | A | Dividend | J | T | | | | | |
| 14. -Wash Mutual Inc. (common) | A | Dividend | J | T | | | | | |
| 15. -Kinder Morgan Energy Partners | C | Interest | K | T | | | | | |
| 16. -Briggs & Stratton Corp. | A | Dividend | J | T | | | | | |
| 17. -LSI Corp | | None | | | Sold | 7/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Alcatel Lucent | A | Dividend | | | Sold | 7/1 | J | | |
| 19.  -Embarq Corp. | A | Dividend | | | Sold | 7/1 | J | | |
| 20.  -General Growth Prop. | A | Dividend | J | T | | | | | |
| 21.  -Sally Beauty Holdings | | None | | | Sold | 7/1 | J | | |
| 22.  -Idearc Inc. | A | Dividend | | | Sold | 7/1 | J | | |
| 23.  -Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 24.  -Int'l Business Machines Corp | | Dividend | J | T | Buy | 12/18 | J | | |
| 25.  INVESTMENT CLUB | E | Dividend | N | T | | | | | |
| 26.  -Best Buy | | | | | Sold | 12/5 | K | | |
| 27.  -Microsoft Corp. | | | | | | | | | |
| 28.  -Proctor & Gamble | | | | | | | | | |
| 29.  -Starbucks | | | | | | | | | |
| 30.  -CVS Corp. | | | | | | | | | |
| 31.  -Apple Computer | | | | | Sold | 8/1 | L | E | |
| 32.  -China Mobile Ltd. | | | | | | | | | |
| 33.  -Stryker Corp. | | | | | Sold | 1/23 | K | D | |
| 34.  -Bank of America | | | | | Sold | 7/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Hartford Financial | | | | | Sold | 3/11 | K | | |
| 36.   -3M Company | | | | | | | | | |
| 37.   - | | | | | Buy | 4/4 | ABB LTD ADS | | |
| 38.   -ABB LTD ADS | | | | | Sold | 12/5 | J | | |
| 39.   -Berkshire Hathaway | | | | | Buy | 6/6 | K | | |
| 40.   -Costco | | | | | Buy | 7/14 | K | | |
| 41.   -Diageo Plc ADR | | | | | Buy | 11/8 | J | | |
| 42.   -EMC Corp | | | | | Buy | 9/8 | J | | |
| 43.   -FedEx Corp | | | | | Buy | 5/16 | J | | |
| 44.   -Teva Pharm | | | | | Buy | 4/4 | K | | |
| 45.   -VEOLIA Env | | | | | Buy | 3/11 | K | | |
| 46.   -Boeing(X) | | | | | | | | | |
| 47.   -Johnson & Johnson(X) | | | | | | | | | |
| 48.   -McDonald's Corp(X) | | | | | | | | | |
| 49.   BROKERAGE ACCT. #4 | | | | | | | | | |
| 50.   -Bristol-Myers (common) | A | Dividend | J | T | | | | | |
| 51.   -Chevron Texaco Corp. (common) | A | Dividend | K | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)              U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each a set exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52  -Intl Business Machines (common) | A | Dividend | K | T | | . | | | |
| 53.  -Microsoft Corp. (common) | A | Dividend | K | T | | | | | |
| 54.  -Nokia Corp. (common) | A | Dividend | J | T | | | | | |
| 55.  -Strattee Security (common) | A | Dividend | J | T | | | | | |
| 56.  -Vodafone Group (common) | A | Dividend | J | T | | | | | |
| 57  -Zimmer Holdings (common) | | None | J | T | | . | | | |
| 58.  -Centennial Money Market | B | Int./Div. | K | T | | | | | |
| 59.  BROKERAGE ACCT. 5 | | | | | | | | | |
| 60.  -Centennial Money Market | E | Int./Div. | K | T | | | | | |
| 61.  -Boeing Company (common) | A | Dividend | J | T | | | | | |
| 62.  -Columbia Banking System (common) | A | Dividend | J | T | | | | | |
| 63.  -Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 64.  -Schlumberger (common) | A | Dividend | K | T | | | | | |
| 65.  -Transocean (common) | | None | J | T | | | | | |
| 66.  -New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 67  -Wash Mutual Investors Fund | A | Dividend | J | T | | . | | | |
| 68.  -Proctor & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Russell Frank Inv. Co. (mutual fund) | D | Dividend | L | T | | | | | |
| 70.  -Intermountain Pwr Agy Utah Pwr Supply Revenue Series A | | None | | | Sold | 7/1 | J | | |
| 71.  -Pierce Cty WA Sch Dist Sumner 320 Bond | A | Dividend | K | T | | | | | |
| 72.  -Chisholm Creek Util. | A | Dividend | K | T | | | | | |
| 73.  -Montgomery Al School Bond | A | Dividend | K | T | | | | | |
| 74.  -SF CA City & Cty AMBAC | A | Dividend | K | T | | | | | |
| 75.  -Indiana Bond Bank Rev | A | Dividend | K | T | | | | | |
| 76.  -Glouchester Cty NJ IMPT | A | Dividend | K | T | | | | | |
| 77.  -Emerald Coast FL Utils | B | Dividend | K | T | | | | | |
| 78.  -Wash Cty UT Sales | B | Dividend | K | T | | | | | |
| 79.  BROKERAGE ACCT. 6 | | | | | | | | | |
| 80.  -Cisco Systems (common) | | None | J | T | | | | | |
| 81.  Dell Computer Corp. (common) | | None | J | T | | | | | |
| 82.  SCHWAB MONEY MARKET FUND | C | Dividend | M | T | | | | | |
| 83.  - Federated Muni Oppt (common) | | | | | | | | | |
| 84.  - Electronic Data Sys (common) | | | | | Sold | 8/27 | J | | |
| 85.  - Kimberly-Clark (common) | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less         K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)    S =Assessment                  T =Cash Market
   (See Column C2)             U =Book Value              V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Adobe Systems Inc. | | | | | | | | | |
| 87.  -Proctor & Gamble (common) | | | | | | | | | |
| 88.  - Qualcomm Inc. (common) | | | | | | | | | |
| 89.  - Qwest Comm (common) | | | | | | | | | |
| 90.  - AT&T Inc. | | | | | | | | | |
| 91.  - Starbucks (common) | | | | | | | | | |
| 92.  - Time Warner | | | | | | | | | |
| 93.  - AIM Health Sciences Fund | | | | | | | | | |
| 94.  - DWS Global Thematic (formerly Scudder Global) | | | | | | | | | |
| 95.  - DWS Int'l Fund (formerly Scudder Intl Fund | | | | | | | | | |
| 96.  - Neenah Paper Inc. | | | | | Sold | 3/27 | J | | |
| 97.  -Idearc Inc. | | | | | | | | | |
| 98.  BURGESS FITZER PS 401K PS PLAN TRUST | | None | N | T | | | | | |
| 99.  US Bank, Tacoma, WA | A | Int./Div. | J | T | | | | | |
| 100.  Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 101.  Columbia Acord Fund-Z | | None | L | T | | | | | |
| 102.  Columbia Acorn International Fund-Z | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Eoscene Series A Preferred | | None | K | T | | | | | |
| 104. Eoscene Series B Preferred | | None | J | T | | | | | |
| 105. Nine Audio Technologies | A | Dividend | J | T | | | | | |
| 106. Dreyfus Midcap Value Fund | | None | K | T | | | | | |
| 107. BROKERAGE ACCT. 9 | | | | | | | | | |
| 108. - Borders Group Inc. | A | Dividend | L | T | | | | | |
| 109. IRA NO. 6 | | None | P1 | T | | | | | |
| 110. - Capital Income Bldr Fund | | | | | | | | | |
| 111. - Capital World Growth & Income Fund | | | | | | | | | |
| 112. - Fundamental Investors (MF) | | | | | | | | | |
| 113. - Growth Fund America (MF) | | | | | | | | | |
| 114. - Income Fund of America (MF) | | | | | Closed | 6/61 | L | | |
| 115. - Investment Company America (MF) | | | | | | | | | |
| 116. - New World Fund (MF) | | | | | | | | | |
| 117. - Smallcap World Fund (MF) | | | | | | | | | |
| 118. - Tamarack Invt Fds Prime | | | | | | | | | |
| 119. -Riverside Natl Bank | | | | | Closed | 5/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Discover BK Greenwood | | | | | | | | | |
| 121. -First Business Bank | | | | | | | | | |
| 122. -Choice Finl Group | | | | | | | | | |
| 123. -Magnet Bk Salt Lake City | | | | | | | | | |
| 124. -Goldman Sachs BK USA | | | | | | | | | |
| 125. -Capital One Bank Glen Allen VA | | | | | Open | 7/15 | J | | |
| 126. -Capital One Nat'l Assoc McLean | | | | | Open | 7/15 | J | | |
| 127. IRA NO. 7 | None | | L | T | | | | | |
| 128. - Tamarack Money Market (formerly Centennial Money Market) | | | | | | | | | |
| 129. - Capital Income Builder | | | | | | | | | |
| 130. - Capital World Growth | | | | | | | | | |
| 131. - Fundamanetal Invrs | | | | | | | | | |
| 132. - Growth Fund America | | | | | | | | | |
| 133. - Income Fund of America | | | | | Closed | 6/6 | K | | |
| 134. - Inves. Co. America | | | | | | | | | |
| 135. - New World Fund | | | | | | | | | |
| 136. - Smallcap World Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Tamarack Invt Fds Prime | | | | | Transferred (to line 128) | 10/31 | J | | |
| 138.  -Capital One Nat'l Assoc. McLean | | | | | Open | 7/15 | J | | |
| 139.  Els III Ltd. Partnership (X) | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 4/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and JudicialConference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leighton, Ronald B. | U.S. District Court | 6/30/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>1717 Pacific Avenue<br>Tacoma, WA 98402-3241 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL -6 A 11:08 FINANCIAL DISCLOSURE OFFICE

Leighton_Ronald_B 2

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Burgess & Fitzer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCT #2 | | | | | | | | | |
| 2. -Alberto Culver Co (common) | A | Dividend | J | T | | | | | |
| 3. -Boeing Co. (common) | A | Dividend | J | T | | | | | |
| 4. -Bristol-Myers Squibb Co. (common) | A | Dividend | J | T | | | | | |
| 5. -Cisco Systems (common) | | None | K | T | | | | | |
| 6. -Conocophillips (common) | A | Dividend | J | T | | | | | |
| 7. -Corning Inc. (common) | A | Dividend | J | T | | | | | |
| 8. -CSX Corp. (common) | A | Dividend | K | T | | | | | |
| 9. -Intel Corp. (common) | A | Dividend | | | Sold | 7/1 | K | | |
| 10. -Whirlpool | A | Dividend | | | Sold | 7/1 | J | | |
| 11. -Sprint Nextel Comm | | None | J | T | | | | | |
| 12. -Qwest Comm. (common) | A | Dividend | J | T | | | | | |
| 13. - AT&T | A | Dividend | J | T | | | | | |
| 14. -Wash Mutual Inc. (common) | A | Dividend | J | T | | | | | |
| 15. -Kinder Morgan Energy Partners | C | Interest | K | T | | | | | |
| 16. -Briggs & Stratton Corp. | A | Dividend | J | T | | | | | |
| 17. -LSI Corp | | None | | | Sold | 7/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Alcatel Lucent | A | Dividend | | | Sold | 7/1 | J | | |
| 19. -Embarq Corp. | A | Dividend | | | Sold | 7/1 | J | | |
| 20. -General Growth Prop. | A | Dividend | J | T | | | | | |
| 21. -Sally Beauty Holdings | | None | | | Sold | 7/1 | J | | |
| 22. -Idearc Inc. | A | Dividend | | | Sold | 7/1 | J | | |
| 23. -Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 24. -Int'l Business Machines Corp | A | Dividend | J | T | Buy | 12/18 | J | | |
| 25. INVESTMENT CLUB | E | Dividend | N | T | | | | | |
| 26. -Best Buy | | | | | Sold | 12/5 | K | | |
| 27. -Microsoft Corp. | | | | | | | | | |
| 28. -Proctor & Gamble | | | | | | | | | |
| 29. -Starbucks | | | | | | | | | |
| 30. -CVS Corp. | | | | | | | | | |
| 31. -Apple Computer | | | | | Sold | 8/1 | L | E | |
| 32. -China Mobile Ltd. | | | | | | | | | |
| 33. -Stryker Corp. | | | | | Sold | 1/23 | K | D | |
| 34. -Bank of America | | | | | Sold | 7/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Hartford Financial | | | | | Sold | 3/11 | K | | |
| 36.  -3M Company | | | | | | | | | |
| 37.  -ABB LTD ADS | | | | | Buy | 4/4 | K | | |
| 38.  -ABB LTD ADS | | | | | Sold | 12/5 | J | A | |
| 39.  -Berkshire Hathaway | | | | | Buy | 6/6 | K | | |
| 40.  -Costco | | | | | Buy | 7/14 | K | | |
| 41.  -Diageo Plc ADR | | | | | Buy | 11/8 | J | | |
| 42.  -EMC Corp | | | | | Buy | 9/8 | J | | |
| 43.  -FedEx Corp | | | | | Buy | 5/16 | J | | |
| 44.  -Teva Pharm | | | | | Buy | 4/4 | K | | |
| 45.  -VEOLIA Env | | | | | Buy | 3/11 | K | | |
| 46.  -Boeing(X) | | | | | | | | | |
| 47.  -Johnson & Johnson(X) | | | | | | | | | |
| 48.  -McDonald's Corp(X) | | | | | | | | | |
| 49.  BROKERAGE ACCT. #4 | | | | | | | | | |
| 50.  -Bristol-Myers (common) | A | Dividend | J | T | | | | | |
| 51.  -Chevron Texaco Corp. (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B.     ‑ | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Intl Business Machines (common) | A | Dividend | K | T | | | | | |
| 53.  -Microsoft Corp. (common) | A | Dividend | K | T | | | | | |
| 54.  -Nokia Corp. (common) | A | Dividend | J | T | | | | | |
| 55.  -Strattee Security (common) | A | Dividend | J | T | | | | | |
| 56.  -Vodafone Group (common) | A | Dividend | J | T | | | | | |
| 57.  -Zimmer Holdings (common) | | None | J | T | | . | | | |
| 58.  -Centennial Money Market | B | Int./Div. | K | T | | | | | |
| 59.  BROKERAGE ACCT. 5 | | | | | | | | | |
| 60.  -Centennial Money Market | E | Int./Div. | K | T | | | | | |
| 61.  -Boeing Company (common) | A | Dividend | J | T | | | | | |
| 62.  -Columbia Banking System (common) | A | Dividend | J | T | | | | | |
| 63.  -Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 64.  -Schlumberger (common) | A | Dividend | K | T | | | | | |
| 65.  -Transocean (common) | | None | J | T | | | | | |
| 66.  -New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 67.  -Wash Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 68.  -Proctor & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Russell Frank Inv. Co. (mutual fund) | D | Dividend | L | T | | | | | |
| 70. -Intermountain Pwr Agy Utah Pwr Supply Revenue Series A | | None | | | Sold | 7/1 | J | | |
| 71. -Pierce Cty WA Sch Dist Sumner 320 Bond | A | Dividend | K | T | | | | | |
| 72. -Chisholm Creek Util. | A | Dividend | K | T | | | | | |
| 73. -Montgomery Al School Bond | A | Dividend | K | T | | | | | |
| 74. -SF CA City & Cty AMBAC | A | Dividend | K | T | | | | | |
| 75. -Indiana Bond Bank Rev | A | Dividend | K | T | | | | | |
| 76. -Glouchester Cty NJ IMPT | A | Dividend | K | T | | | | | |
| 77. -Emerald Coast FL Utils | B | Dividend | K | T | | | | | |
| 78. -Wash Cty UT Sales | B | Dividend | K | T | | | | | |
| 79. BROKERAGE ACCT. 6 | | | | | | | | | |
| 80. -Cisco Systems (common) | | None | J | T | | | | | |
| 81. Dell Computer Corp. (common) | | None | J | T | | | | | |
| 82. SCHWAB MONEY MARKET FUND | | | | | | | | | |
| 83. - Federated Muni Oppt (common) | | None | J | T | | | | | |
| 84. - Electronic Data Sys (common) | | | | | Sold | 8/27 | J | | |
| 85. - Kimberly-Clark (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 87. -Proctor & Gamble (common) | A | Dividend | K | T | | | | | |
| 88. - Qualcomm Inc. (common) | A | Dividend | J | T | | | | | |
| 89. - Qwest Comm (common) | A | Dividend | J | T | | | | | |
| 90. - AT&T Inc. | A | Dividend | J | T | | | | | |
| 91. - Starbucks (common) | A | Dividend | K | T | | | | | |
| 92. - Time Warner | A | Dividend | J | T | | | | | |
| 93. - AIM Health Sciences Fund | | None | J | T | | | | | |
| 94. - DWS Global Thematic (formerly Scudder Global) | | None | J | T | | | | | |
| 95. - DWS Int'l Fund (formerly Scudder Intl Fund | | None | J | T | | | | | |
| 96. - Neenah Paper Inc. | | | | | Sold | 3/27 | J | | |
| 97. -Idearc Inc. | A | Dividend | J | T | | | | | |
| 98. BURGESS FITZER PS 401K PS PLAN TRUST | | None | N | T | | | | | |
| 99. US Bank, Tacoma, WA | A | Interest | J | T | | | | | |
| 100. Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 101. Columbia Acord Fund-Z | | None | L | T | | | | | |
| 102. Columbia Acorn International Fund-Z | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Eoscene Series A Preferred | | None | K | T | | | | | |
| 104. Eoscene Series B Preferred | | None | J | T | | | | | |
| 105. Nine Audio Technologies | A | Dividend | J | T | | | | | |
| 106. Dreyfus Midcap Value Fund | | None | K | T | | | | | |
| 107. BROKERAGE ACCT. 9 | | | | | | | | | |
| 108. - Borders Group Inc. | A | Dividend | L | T | | | | | |
| 109. IRA NO. 6 | | None | P1 | T | | | | | |
| 110. - Capital Income Bldr Fund | | | | | | | | | |
| 111. - Capital World Growth & Income Fund | | | | | | | | | |
| 112. - Fundamental Investors (MF) | | | | | | | | | |
| 113. - Growth Fund America (MF) | | | | | | | | | |
| 114. - Income Fund of America (MF) | | | | | | Closed | 6/61 | L | |
| 115. - Investment Company America (MF) | | | | | | | | | |
| 116. - New World Fund (MF) | | | | | | | | | |
| 117. - Smallcap World Fund (MF) | | | | | | | | | |
| 118. - Tamarack Invt Fds Prime | | | | | | | | | |
| 119. -Riverside Natl Bank | | | | | | Closed | 5/16 | L | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Discover BK Greenwood | | | | | | | | | |
| 121. -First Business Bank | | | | | | | | | |
| 122. -Choice Finl Group | | | | | | | | | |
| 123. -Magnet Bk Salt Lake City | | | | | | | | | |
| 124. -Goldman Sachs BK USA | | | | | | | | | |
| 125. -Capital One Bank Glen Allen VA | | | | | Open | 7/15 | J | | |
| 126. -Capital One Nat'l Assoc McLean | | | | | Open | 7/15 | J | | |
| 127. IRA NO. 7 | None | | L | T | | | | | |
| 128. - Tamarack Money Market (formerly Centennial Money Market) | | | | | | | | | |
| 129. - Capital Income Builder | | | | | | | | | |
| 130. - Capital World Growth | | | | | | | | | |
| 131. - Fundamanetal Invrs | | | | | | | | | |
| 132. - Growth Fund America | | | | | | | | | |
| 133. - Income Fund of America | | | | | Closed | 6/6 | K | | |
| 134. - Inves. Co. America | | | | | | | | | |
| 135. - New World Fund | | | | | | | | | |
| 136. - Smallcap World Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Tamarack Invt Fds Prime | | | | | Transferred (to line 128) | 10/31 | J | | |
| 138. -Capital One Nat'l Assoc. McLean | | | | | Open | 7/15 | J | | |
| 139. Els III Ltd. Partnership (X) | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Leighton, Ronald B. | - | 6/30/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544